IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| INTEGON NATIONAL INSURANCE COMPANY | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| vs. | ) ) ) | FILE NO: 4:19-cv-00201 -MHC |
| CLARA JUANITA DICKERSON, MARY DAVENA STEPHENS, AND STANLEY STEPHENS, | ) ) ) ) | |
| Defendants, | ) ) | |
| AND | ) ) | |
| CLARA JUANITA DICKERSON, MARY DAVENA STEPHENS, AND STANLEY STEPHENS, | ) ) ) ) | |
| Counterclaim Plaintiffs, | ) ) | |
| vs. | ) ) | |
| INTEGON NATIONAL INSURANCE COMPANY | ) ) ) | |
| Counterclaim Defendant. | ) ) | |

_____

**<u>DEFENDANTS/COUNTERCLAIM PLAINTIFFS MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFF/COUNTERCLAIM DEFENDANT'S COMPLAINT FOR DECLARATORY JUDGMENT AND SECOND AFFIRMATIVE DEFENSE TO AMENDED COUNTERCLAIM</u>**

COME NOW, Clara Juanita Dickerson, Mary Stephens and Stanley

Stephens (hereinafter, "Defendants"), by and through their undersigned counsel, pursuant to Fed. R. Civ. Pro. 56 and Local Rule 56.1, and submit this Motion for Partial Summary Judgement as to Plaintiff/Counterclaim Defendant's Complaint for Declaratory Judgment and Second Affirmative Defense to Defendants' Amended Counterclaim. The specific grounds upon which this Motion is based are more specifically set forth in Defendants' Memorandum of Law in Support which is filed contemporaneously herewith.

This Motion is also supported by the following:

1. All pleadings filed of record and the exhibits attached to the same;

2. Defendants' Statement of Undisputed Material Facts;

3. Plaintiff/Counterclaim Defendant Integon National Insurance Company's ("Integon") Responses to Defendants' First Request for Admissions;

4. Integon's Responses to Defendants' Second Request for Admissions, and the exhibits attached to the same[1];

5. Integon's Responses to Defendants' Second Interrogatories.

Submitted this 22nd day of June, 2020.

**MORGAN & MORGAN**

*/s/ Max Compton*

_____
WILLIAM MAXWELL COMPTON

---

[1] Integon's Responses to Defendants' Second Request for Admissions, and the exhibits thereto, are not included in the CM/ECF docket entry for Defendants' Motion for Partial Summary Judgment because they have been provisionally filed under seal pursuant to a Notice of Filing filed contemporaneously herewith.

- 3 -

                                                  Georgia Bar No. 380092  
                                                  *Attorney for Defendants*

25 Bull Street, Suite 400  
Savannah, GA 31401  
(912) 443-1017 (p)  
(912) 443-1184 (f)  
MCompton@forthepeople.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June, 2020, I filed the foregoing **MOTION TO FOR PARTIAL SUMMARY JUDGMENT** on the Court's CM/ECF system which will automatically provide service of the foregoing upon the following counsel of record for Integon:

J. Travis Hall, Esq.
Chambless, Higdon, Richardson, Katz & Griggs, LLP
3920 Arkwright Road, Ste 405
Macon, Georgia  31209-8086
*Counsel for Integon*

/s/ Max Compton
_____
William Maxwell Compton

25 Bull Street
Savannah, GA  31401
(912) 443-1017 (tel.)
(912) 443-1184 (fax)
mcompton@forthepeople.com